**Chancery Court**
Second Monday in May
Last Monday in November

**Circuit Court**
First Monday in January
Third Monday in June

# MRS. ERLINE D. FORTNER
## CLERK OF THE CHANCERY AND CIRCUIT COURTS
### ISSAQUENA COUNTY
### P.O. BOX 27
## MAYERSVILLE, MISSISSIPPI 39113
### TELEPHONE (662) 873-2761
### FAX (662) 873-2061

STATE OF MISSISSIPPI

COUNTY OF ISSAQUENA

  I, ERLINE D. FORTNER, CIRCUIT CLERK IN AND FOR THE COUNTY AND

STATE AFORESAID, DO HEREBY CERTIFY THAT THE ATTACHED TWENTY-NINE PAGES

ARE TRUE AND COPIES OF ISSAQUENA CIRCUIT COURT CAUSE NO. 2014-01 FILED

ON MARCH 26, 2014 IN SAID CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI.

  GIVEN UNDER MY HAND AND OFFICIAL SEAL this 1st day of APRIL,

2014.

                _____
                ERLINE D. FORTNER, CIRCUIT CLERK

CAUSE NO. 2014-01
CIRCUIT COURT ISSAQUENA COUNTY, MS
29 PAGES  (Twenty-Nine)

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

| Court Identification Docket Number | Case Year | Docket Number |
|---|---|---|
| 2 8 9 P T | 2 0 1 4 | 0 1 |
| County # / Judicial District / Court ID (CH, CI, CO) | | Local Docket ID |

| Month | Date | Year |
|---|---|---|
| 0 3 | 2 6 | 1 4 |

This area to be completed by clerk

Case Number if filed prior to 1/1/94

IN THE __CIRCUIT__ COURT OF __ISSAQUENA__ COUNTY

Short Style of Case: Angel Jordan et al v. Issaquena COunty, Mississippi et al
Party Filing Initial Pleading: Type/Print Name  David M. Sessums                    MS Bar No.  6714
___ Check (✓) if Not an Attorney    ___ Check (✓) if Pro Hac Vice    Signature _David M Sessums_
Compensatory Damages Sought: $ ___    Punitive Damages Sought: $ ___
Is Child Support contemplated as an issue in this suit? ___ Yes ✓ No    If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  Jordan _____ Angela _____ ( _____ ) _____ _____
            Last Name        First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
Address of Plaintiff  Vicksburg, MS
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
    D/B/A / Agency _____
Business _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
    D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual _____ _____ ( _____ ) _____ _____
            Last Name        First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
    D/B/A / Agency _____
Business  Issaquena Coiunty, Mississippi
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
    D/B/A: _____
ATTORNEY FOR THIS DEFENDANT: ___ Bar No. ___ or ___ Name: _____    Pro Hac Vice (✓) ___
            (If known)

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employment Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- ✓ Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

ATTEST
A TRUE COPY
4-1-2014

_____ COUNTY CLERK
ISSAQUENA COUNTY, MS

IN THE <u>CIRCUIT</u> COURT OF <u>ISSAQUENA</u> COUNTY, MISSISSIPPI

<u>_____</u> JUDICIAL DISTRICT, CITY OF <u>_____</u>

Docket No.<u>_____</u> - <u>_____</u> <u>_____</u>      Docket No. If Filed
      <span style="font-size:small">File Yr</span>     <span style="font-size:small">Chronological No.</span>   <span style="font-size:small">Clerk's Local ID</span>    Prior to 1/1/94 <u>_____</u>

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual:** <u>Jordan</u> <u>Hannah</u> ( <u>Nicole</u> ) <u>_____</u> <u>____</u>
       <span style="font-size:small">Last Name</span>      <span style="font-size:small">First Name</span>     <span style="font-size:small">Maiden Name, if Applicable</span>   <span style="font-size:small">Middle Init.</span>  <span style="font-size:small">Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>_____</u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>_____</u>

**Business** <u>_____</u>
      <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>_____</u>

ATTORNEY FOR THIS PLAINTIFF: <u>_____</u> Bar # or Name: <u>_____</u> *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** <u>Jordan</u> <u>Michael</u> ( <u>_____</u> ) <u>_____</u> <u>____</u>
       <span style="font-size:small">Last Name</span>      <span style="font-size:small">First Name</span>     <span style="font-size:small">Maiden Name, if Applicable</span>   <span style="font-size:small">Middle Init.</span>  <span style="font-size:small">Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>_____</u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>_____</u>

**Business** <u>_____</u>
      <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>_____</u>

ATTORNEY FOR THIS PLAINTIFF: <u>_____</u> Bar # or Name: <u>_____</u> *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** <u>_____</u> <u>_____</u> ( <u>_____</u> ) <u>_____</u> <u>____</u>
       <span style="font-size:small">Last Name</span>      <span style="font-size:small">First Name</span>     <span style="font-size:small">Maiden Name, if Applicable</span>   <span style="font-size:small">Middle Init.</span>  <span style="font-size:small">Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>_____</u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>_____</u>

**Business** <u>_____</u>
      <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>_____</u>

ATTORNEY FOR THIS PLAINTIFF: <u>_____</u> Bar # or Name: <u>_____</u> *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>ISSAQUENA</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No:_____ - _____ _____   Docket No. If Filed
               File Yr          Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
                 Last Name         First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>Issaquena County Regional Correctional Facility</u>_____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
                 Last Name         First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
                 Last Name         First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
               Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

VARNER PARKER & SESSUMS, P.A.
ATTORNEYS AT LAW
A PROFESSIONAL ASSOCIATION

J. MACK VARNER
DAVID M. SESSUMS
R. EUGENE PARKER, JR. - rep@vpslaw.com
CLIFFORD C. WHITNEY III - ccw@vpslaw.com
PENNY B. LAWSON - plawson@vpslaw.com

March 25, 2014

1110 JACKSON STREET
POST OFFICE BOX 1237
VICKSBURG, MS 39181

TELEPHONE (601) 638-8741
FACSIMILE (601) 638-8666
www.vpslaw.com

Ms. Earline Fortner
Issaquena County Circuit Clerk
129 Court Street
Mayersville, MS 39113

VIA Hand Delivery

RE:   Angela Jordan et al v. Issaquena County, Mississippi et al
      Issaquena County Circuit No.: *2014-01*

Dear Ms. Fortner:

Enclosed with this letter please find the following:

1.   Original and five (5) copies of Complaint;

2.   Original and two (2) copies of Summons for service upon Issaquena County Regional Correctional Facility by service of process on Richard Jones, Sheriff of Issaquena County, Mississippi;

3.   Original and two (2) copies of Summons for service upon Issaquena County Regional Correctional Facility by service of process on Earline Fortner, Chancery Clerk of Issaquena County, Mississippi;

4.   Original and two (2) copies of Summons for service upon Issaquena County, Mississippi by service of process on Richard Jones, Sheriff of Issaquena County, Mississippi;

5.   Original and two (2) copies of Summons for service upon Issaquena County, Mississippi by service of process on Earline Fortner, Chancery Clerk of Issaquena County, Mississippi;

6.   Civil Cover Sheet;

7.   Our firm check for initial filing fee.

Because of your dual capacity as both the Chancery Clerk and as the Circuit Clerk of Issaquena County, Mississippi I am requesting that you first file and issue each of the above referenced summons in your capacity as the Circuit Clerk of Issaquena County, Mississippi and then

handing the executed summons over to Mr. Lance Tompkins, (who is delivering these documents to your offices as <u>Circuit</u> Clerk) and then allowing Mr. Tompkins to serve the summon and complaint on you in your capacity as <u>Chancery</u> Court Clerk of Issaquena County, Mississippi and allowing him to likewise deliver the summons down the hall to Sheriff Jones and then make his returns into your office as <u>Circuit</u> Clerk. (These emphasis are for the benefit of Mr. Thompkins).

Mr. Tompkins will have an additional firm check on him to make out an deliver to you should any additional fees be needed.

I appreciate your assistance, cooperation and understanding in this unique situation and should you have any question please do not hesitate to contact me.

With best regards, I am,

Very truly yours,

DAVID M. SESSUMS

DMS/ajn
Enclosures

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                       **PLAINTIFFS**

VS.                                               NO. 2014-01

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                     **DEFENDANTS**

<u>COMPLAINT</u>

COMES NOW Angela Jordan and Hannah Nicole Jordan and Ann Michael Jordan by and

through their Mother and next friend Angela Jordan, through counsel, and file this their Complaint

against Issaquena County, Mississippi and Issaquena County Regional Correctional Facility showing

unto the Court as follows:

<u>PARTIES AND JURISDICTION</u>

1.      Prior to his death on April 7, 2013, Tony Jordan was a 46 year old adult resident

citizen of Warren County, Mississippi.  Angela Jordan is the surviving spouse of Tony Jordan and

Hannah Nicole Jordan and Ann Michael Jordan are the surviving children of Tony Jordan and

together they are all of the sole heirs-at-law and sole wrongful death beneficiaries of Tony Jordan.

2.      Issaquena County Regional Correctional Facility  is a county unit of Issaquena

County, Mississippi organized and existing under the laws of the State of Mississippi which may be

served by process on Richard Jones as Sheriff of Issaquena County, Mississippi and on Earline

Fortner, Chancery Clerk of Issaquena County, Mississippi and  Issaquena County, Mississippi is a

subdivision of the State of Mississippi, upon which process may be had by service upon Earline

Fortner, Chancery Clerk of Issaquena County, Mississippi, at her offices located in Mayersville,

FILED _March 26_ 20_14_

_____

CLERK

ATTEST
A TRUE COPY
4-1-2014

Mississippi and on Richard Jones as Sheriff of Issaquena County, Mississippi.

3.    Does 1- 10 are the unknown employees of Defendant, Issaquena County Regional Correctional Facility who denied Tony Jordan medical treatment.

4.    This Court has jurisdiction of the subject matter hereof and venue is proper in Issaquena County, Mississippi.

FACTS

5.    On March 28, 2013, Tony Jordan was taken into the custody of the Vicksburg, Mississippi Police Department.

6.    On March 29, 2013, Tony Jordan was transferred by the Vicksburg Police Department to Issaquena County Regional Correction Facility (hereinafter "ICRCF") which is owned and operated by Issaquena County, Mississippi.

7.    While incarcerated at ICRCF Tony Jordan suffered severe life threatening personal injury caused either by persons at the facility or by Tony Jordan himself.

8.    After receiving severe, life threatening personal injury Tony Jordan required medical treatment but did not receive same.

9.    Thereafter, Tony Jordan was transported by the Vicksburg Police Department to River Region Medical Center located in Vicksburg, Mississippi.

10.    Thereafter, Tony Jordan was transported from the River Regional Medical Center in Vicksburg, Mississippi to University Medical Center located in Jackson, Mississippi.

11.    On April 7, 2013, Tony Jordan died in University Medical Center from injuries received at ICRCF.

12.    The injuries received by Tony Jordan in ICRCF were the proximate cause or a proximately contributing cause to the death of Tony Jordan on April 7, 2013.

13.     Does 1 though 10 are employed by ICRCF. Plaintiffs reserve the right to name such employees upon ascertaining their identity.

COUNT ONE

14.     Plaintiffs incorporate the allegations of all previous paragraphs.

15.     Defendants had a common law duty to render necessary and required medical treatment to Tony Jordan while in their custody.

16.     Defendants duty to render necessary and required medical treatment to Tony Jordan constituted a ministerial act and did not involve an element of choice and did not constitute a discretionary act or acts and involved no social, economical or political policy decisions.

17.     Defendants wilfully and recklessly disregarded their duty and obligation to provide required and necessary medical treatment to Tony Jordan, or in the alternative, willfully and recklessly delayed providing necessary and required medical treatment to Tony Jordan.

18.     Defendants' aforesaid act were in deliberate disregard of the safety and well being of Tony Jordan.

19.     The aforesaid acts of Defendants indicated and constitute a deliberate indifference to protect Tony Jordan and/or to provide adequate medical treatment to Tony Jordan.

20.     The aforesaid acts of Defendants agents and employees, Does 1 -10, are outside their usual course and scope of their employment for which Defendant and Defendant's employees are liable.

21.     The aforesaid acts of Defendants were the proximate cause or proximate contributing cause of the death of Tony Jordan of which the Defendants are liable to the wrongful death beneficiaries of Tony Jordan.

COUNT TWO
BREACH OF STATUTE

22.   Plaintiffs incorporate all of the allegations of the preceding paragraphs.

23.   Section 47-1-27 (Miss. Code Ann. 1972)  provides that any person having custody of any county prisoner, such as Tony Jordan, who shall wilfully fail to furnish medical attention to a person such as Tony Jordan shall be deemed guilty of a misdemeanor and on conviction fined in a sum of not more than $500.00 and shall be imprisoned for not less than one (1) month or shall suffer both such fine and imprisonment.

24.   Section 47-1-57 Miss. Code Ann. (1972) provides that when any person such as Tony Jordan shall be confined to jail and in need of medical or surgical aid that such aid shall forthwith be provided.

25.   Section 47-1-59 Miss. Code Ann. (1972) provides that when any inmate such as Tony Jordan requires medical treatment or hospitalization that such medical treatment or hospitalization shall be forthwith provided.

26.   That Defendants breached each of their duties under the aforesaid statutes.

27.   The provisions of the aforesaid statutes and the requirements thereof are not discretionary, but are mandatory and ministerial.

28.   Where there is no statute covering the common law prevails but where a specific statute exists such statute, such as the above referenced statutes, takes precedence over common law.

29.   The aforesaid actions of Defendants constitute a wilful and reckless disregard of the known rights of Tony Jordan, constituted a deliberate disregard for the safety and well being of Tony Jordan, constituted deliberate indifference to Defendants' obligation to protect Tony Jordan and/or to provide and/or not delay adequate medical treatment to Tony Jordan.

30. That the aforesaid breaches of statute were the proximate or proximate contributing cause to the death of Tony Jordan.

31. That the requirements of said statutes are ministerial, did not involve choice, and do not involve any discretionary acts on the part of Defendants and do not involve any social, economical or political policy decisions.

32. Tony Jordan was within the class of persons designed to be protected by the aforesaid statutes.

33. Tony Jordan suffered severe personal injury and death as a result of Defendants' breach of the aforesaid statutes and, further Plaintiffs have been caused to suffer loss, injury and damages as a result of the aforesaid breaches by the Defendants.

<u>COUNT THREE</u>

34. Plaintiffs adopt the allegations of all preceding paragraphs.

35. That the aforesaid actions and omissions of Defendants constituted violation of the rights of Tony Jordan under the Eighth Amendment of the United States Constitution.

36. That the aforesaid actions and omissions of Defendants amounted to deliberate indifference to the need of Tony Jordan to adequate medical care and treatment and the aforesaid actions of Defendants are evidence of a deliberate indifference to the serious medical needs of Tony Jordan in violation of Tony Jordan's right under the Eighth Amendment to the United States Constitution.

37. That the aforesaid deprivation of constitutional rights of Tony Jordan were the proximate cause or proximate contributing cause of the injuries and subsequent death of Tony Jordan and to the damages sustained by Tony Jordan and to the damages sustained by Plaintiffs herein.

<u>DAMAGES</u>

38.     That Plaintiffs have suffered damages as a direct and proximate result of Defendants aforesaid acts and omissions including, but not limited to, personal injuries to Tony Jordan, and Plaintiff's loss of the love, companionship, affection and support of Tony Jordan.

WHEREFORE PREMISES CONSIDERED, Plaintiffs demand judgment of and from Defendants in such sum as may be determined by the trier of fact, together with their reasonable attorneys fees with all costs herein assessed unto Defendants.

Respectfully submitted,

ANGELA JORDAN, ET AL

BY
David M. Sessums, Their Attorney

OF COUNSEL:

DAVID M. SESSUMS, MSB #6714
VARNER, PARKER & SESSUMS, P.A.
Post Office Box 1237
1110 Jackson Street
Vicksburg, Mississippi 39183
Telephone: 601.638.8741
Facsimile: 601.638.8666

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                             PLAINTIFFS

VS.                                                      NO. _2014-01_

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                           DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

    TO:    ISSAQUENA COUNTY, MISSISSIPPI
            c/o Richard Jones, Issaquena County Sheriff
            129 Court Street
            Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s):  **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

    Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

    You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

    Issued under my hand and seal of this court this the _26_ day of _March_, 2014.

                             CIRCUIT CLERK OF ISSAQUENA COUNTY,
                             MISSISSIPPI

                             BY: _Debbie Dunan_ D.C.

RETURN

STATE OF MISSISSIPPI
COUNTY OF WARREN

(   )   I personally delivered copies of the Summons and Complaint on the _____ day of

_____,2014 to _____.

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint

to_____ within _____ County, Mississippi.  I served the Summons and Complaint on

the_____day of _____, 20____ at the usual place of abode of said_____, a

member of the family of the person served above the age of sixteen (16) years and willing to receive the

Summons and Complaint, and thereafter on the_____day of _____, 20____ I mailed (by first class

mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were

left.

( ) I was unable to serve the Summons and Complaint.

　　　　This the _____day of _____, 2014.


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　PROCESS SERVER

　　　　SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2014.


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　My Commission Expires: _____

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                         PLAINTIFFS

VS.                                               NO. _2014-01_

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                      DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

    TO:   ISSAQUENA COUNTY REGIONAL CORRECTIONAL FACILITY
           c/o Richard Jones, Issaquena County Sheriff
           129 Court Street
           Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s):  **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

    Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

    You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

    Issued under my hand and seal of this court this the _26th_ day of _March_, 2014.

                    CIRCUIT CLERK OF ISSAQUENA COUNTY,
                    MISSISSIPPI

                    BY: _Bobbie Duncan_ D.C.

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

( )   I personally delivered copies of the Summons and Complaint on the _____ day of
_____,2014  to _____.

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint

to_____ within _____ County, Mississippi. I served the Summons and Complaint on

the____day of _____, 20____ at the usual place of abode of said_____, a

member of the family of the person served above the age of sixteen (16) years and willing to receive the

Summons and Complaint, and thereafter on the____day of _____, 20____ I mailed (by first class

mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were

left.

( ) I was unable to serve the Summons and Complaint.

        This the _____day of _____, 2014.


                        _____
                        PROCESS SERVER

        SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2014.


                        _____
                        NOTARY PUBLIC
                        My Commission Expires: _____

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                       PLAINTIFFS

VS.                                           NO. _2014-01_

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                    DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

    TO:    ISSAQUENA COUNTY, MISSISSIPPI
           c/o Earline Fortner, Issaquena County Circuit Clerk
           129 Court Street
           Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s): **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

    Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

    You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

    Issued under my hand and seal of this court this the 26th day of March, 2014.

                    CIRCUIT CLERK OF ISSAQUENA COUNTY,
                    MISSISSIPPI

                    BY: _Kobbi Dixon_ D.C.

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

(  )   I  personally  delivered  copies  of  the  Summons  and  Complaint  on  the  _____  day  of  _____,2014  to  _____ .

( )  After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to_____ within _____ County, Mississippi. I served the Summons and Complaint on the____day of _____, 20____ at the usual place of abode of said_____, a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the____day of _____, 20____ I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) I was unable to serve the Summons and Complaint.

This the ____day of _____, 2014.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2014.

_____
NOTARY PUBLIC
My Commission Expires: _____

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                    PLAINTIFFS

VS.                                              NO. 2014-01

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                  DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

    TO:   ISSAQUENA COUNTY REGIONAL CORRECTIONAL FACILITY
           c/o Earline Fortner, Issaquena County Circuit Clerk
           129 Court Street
           Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s): **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

      Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

      You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

      Issued under my hand and seal of this court this the 26th day of _March_, 2014.

                     CIRCUIT CLERK OF ISSAQUENA COUNTY,
                     MISSISSIPPI

                     BY: _Robbie Duncan_ D.C.

RETURN

STATE OF MISSISSIPPI
COUNTY OF WARREN

( )    I  personally  delivered  copies  of  the  Summons  and  Complaint  on  the  _____  day  of
_____,2014  to  _____.

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint

to_____ within _____ County, Mississippi.  I served the Summons and Complaint on

the____day of _____, 20_____  at the usual place of abode of said_____, a

member of the family of the person served above the age of sixteen (16) years and willing to receive the

Summons and Complaint, and thereafter on the____day of _____, 20_____  I mailed (by first class

mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were

left.

( ) I was unable to serve the Summons and Complaint.

        This the ____day of _____, 2014.


        _____
        PROCESS SERVER

        SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2014.


        _____
        NOTARY PUBLIC
        My Commission Expires: _____

**FEE BILL, CIVIL CASES, CIRCUIT COURT**

STATE OF MISSISSIPPI
ISSAQUENA COUNTY

CASE NO: 2014-04        Angela Jordan, etal        № 1107
vs.
Issaquena County, MS

LAWRENCE-GREENWOOD   20666

| | | |
|---|---|---|
| Jury Tax | $ | 3.00 |
| Court Reporter's Fee | | 10.00 |
| Law Library | | 3.50 |
| State Court Education Fund | | 2.00 |
| Clerk's Fee | | 25.00 |
| Sub-Total | | 43.50 |
| Sheriff's Fee | | |
| Fees of other Sheriff's | | |
| State Comm. or Officers | | |
| Other | | |
| Other  *Court Costs* | | 160.00 |
| Other | | |
| Other | | |
| Other | | |
| Marriage License _____ (Domestic Violence 14.00   Clerk's Fee 6.00) | | |
| Amount Paid | | |
| Amount Due | | |

How Paid: ☐ Cash          Payment received from *Varner Parker & Sessums*
          ☑ Check          this the 26 day of *March* A. D., 20 14      Dollars $ 160.00
          ☐ Money Order

By _____ D. C.          *Jo Dortner*          Circuit Clerk

PRESCRIBED BY MISS. STATE DEPT. OF AUDIT

**VARNER PARKER & SESSUMS, P.A.**

ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION

J. MACK VARNER
DAVID M. SESSUMS
R. EUGENE PARKER, JR. - rep@vpslaw.com
CLIFFORD C. WHITNEY III - ccw@vpslaw.com
PENNY B. LAWSON - plawson@vpslaw.com

1110 JACKSON STREET
POST OFFICE BOX 1237
VICKSBURG, MS 39181

TELEPHONE (601) 638-8741
FACSIMILE (601) 638-8666
www.vpslaw.com

March 27, 2014

Ms. Earline Fortner
Issaquena County Circuit Clerk
P.O. Box 27
Mayersville, MS 39113

     RE:    Angela Jordan et al v. Issaquena County, Mississippi et al
             Issaquena County Circuit No.: 2014-01

Dear Ms. Fortner:

Enclosed herewith please find the following:

1.      Original and one (1) copy of Summons/Return served upon Richard Jones, Sheriff of Issaquena County, Mississippi on behalf of Issaquena County Regional Correctional Facility;

2.      Original and one (1) copy of Summons/Return served upon Earline Fortner, Chancery Clerk of Issaquena County, Mississippi on behalf of Issaquena County Regional Correctional Facility;

3.      Original and one (1) copy of Summons/Return served upon Richard Jones, Sheriff of Issaquena County, Mississippi on behalf of Issaquena County, Mississippi;

4.      Original and one (1) copy of Summons/Return served upon Earline Fortner, Chancery Clerk of Issaquena County, Mississippi on behalf of Issaquena County, Mississippi.

Please mark the copies of each Summons "filed" and return same to me in the self addressed stamped envelope enclosed herewith for your convenience.

With best regards, I am,

Very truly yours,

DAVID M. SESSUMS

DMS/ajn
Enclosures

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN

                                            PLAINTIFFS

VS.                                         NO. _2014-01_

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                 DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

        TO:   ISSAQUENA COUNTY, MISSISSIPPI
              c/o Richard Jones, Issaquena County Sheriff
              129 Court Street
              Mayersville, MS 39113

                    NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s):  **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

        Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

        You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

        Issued under my hand and seal of this court this the _26th_ day of _March_, 2014.

                            CIRCUIT CLERK OF ISSAQUENA COUNTY,
                            MISSISSIPPI

                            BY: _Bobbi Duncan_ D.C.

                                FILED March 31 2014
                                _Elaine Bothell_
                                        CLERK

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

( ✓ )  I personally delivered copies of the Summons and Complaint on the _26ᵗ_ day of
___March___ ,2014 to ___Richard Jones___

( )  After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint

to_____ within _____ County, Mississippi. I served the Summons and Complaint on

the____ day of _____, 20____ at the usual place of abode of said_____, a

member of the family of the person served above the age of sixteen (16) years and willing to receive the

Summons and Complaint, and thereafter on the____ day of _____, 20____ I mailed (by first class

mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were

left.

( )  I was unable to serve the Summons and Complaint.

This the _26ᵗ_ day of ___March___, 2014.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this _26_ day of _March_ , 2014.

_____
NOTARY PUBLIC
My Commission Expires:

IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN

                                            **PLAINTIFFS**

NO. _2014-01_

VS.

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10

                                         **DEFENDANTS**

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:   ISSAQUENA COUNTY, MISSISSIPPI
        c/o Earline Fortner, Issaquena County Circuit Clerk
        129 Court Street
        Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the following attorney for the Plaintiff(s): **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the _26th_ day of _March_ 2014.

CIRCUIT CLERK OF ISSAQUENA COUNTY,
MISSISSIPPI

BY: _Bobbi Dunn_ D.C.

FILED March 31 2014
_Earline Fortner_
CLERK

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

(✓)   I personally delivered copies of the Summons and Complaint on the _26_ day of _March_ ,2014 to _Earline Fortair_

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to_____ within _____ County, Mississippi. I served the Summons and Complaint on the____day of _____, 20____ at the usual place of abode of said_____, a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the____day of _____, 20____ I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) I was unable to serve the Summons and Complaint.

This the _26_ day of _march_____, 2014.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this _26_ day of _March_, 2014.

_____
NOTARY PUBLIC
My Commission Expires: _____



IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                    PLAINTIFFS

VS.                                                    NO. _2014-01_

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                    DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

  TO:  ISSAQUENA COUNTY REGIONAL CORRECTIONAL FACILITY
     c/o Richard Jones, Issaquena County Sheriff
     129 Court Street
     Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

  You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s): **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

  Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

  You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

  Issued under my hand and seal of this court this the _29th_ day of _March_, 2014.

     CIRCUIT CLERK OF ISSAQUENA COUNTY,
     MISSISSIPPI

     BY: _Bobbi Duncan_ D.C.

        FILED _March 31 2014_
         CLERK

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

(✓)  I personally delivered copies of the Summons and Complaint on the *2C^* day of _*mar*_ ,2014 to *Richard Jones*

( )  After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to_____ within _____ County, Mississippi.  I served the Summons and Complaint on the_____ day of _____, 20_____ at the usual place of abode of said_____, a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the_____day of_____, 20_____ I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( )  I was unable to serve the Summons and Complaint.

This the *26th* day of _*march*_____, 2014.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this *26* day of *March*_____, 2014.

_____
NOTARY PUBLIC
My Commission Expires: _____



IN THE CIRCUIT COURT OF ISSAQUENA COUNTY, MISSISSIPPI

ANGELA JORDAN, HANNAH NICOLE
JORDAN AND ANN MICHAEL JORDAN
BY AND THROUGH THEIR MOTHER AND
NEXT FRIEND ANGELA JORDAN                                    PLAINTIFFS

VS.                                                 NO. *2014-01*

ISSAQUENA COUNTY, MISSISSIPPI AND
ISSAQUENA COUNTY REGIONAL
CORRECTIONAL FACILITY AND
DOES 1 - 10                                                  DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:   ISSAQUENA COUNTY REGIONAL CORRECTIONAL FACILITY
      c/o Earline Fortner, Issaquena County Circuit Clerk
      129 Court Street
      Mayersville, MS 39113

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the following attorney for

the Plaintiff(s):  **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson**

**Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery

of this Summons and Complaint or a judgment of default will be entered against you for the money or other

things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time

afterwards.

Issued under my hand and seal of this court this the *26th* day of *March* 2014.

CIRCUIT CLERK OF ISSAQUENA COUNTY,
MISSISSIPPI

BY: *Robin Duncan* D.C.

FILED *March 31 20 14*
*Earline Fortner*
CLERK

<u>RETURN</u>

STATE OF MISSISSIPPI
COUNTY OF WARREN

( ✓ ) I personally delivered copies of the Summons and Complaint on the *26th* day of _____*march*_____ ,2014 to *Earline Fortner*

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint

to_____ within _____ County, Mississippi. I served the Summons and Complaint on

the____day of _____, 20____ at the usual place of abode of said_____, a

member of the family of the person served above the age of sixteen (16) years and willing to receive the

Summons and Complaint, and thereafter on the____day of _____, 20____ I mailed (by first class

mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were

left.

( ) I was unable to serve the Summons and Complaint.

This the *26th* day of _____*march*_____, 2014.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this *26th* day of *March*, 2014.

_____
NOTARY PUBLIC
My Commission Expires: _____

(Notary seal: STATE OF MISSISSIPPI / APRIL J. NEIHAUS / ID No. 055982 / NOTARY PUBLIC / Comm Expires May 6, 2015 / WARREN COUNTY)